**Stella C. DAVIS, Plaintiff-Appellant,**

v.

**John Edgar HOOVER et al., Defendants-Appellees.**

**No. 15007.**

United States Court of Appeals
Seventh Circuit.

June 2, 1965.

Stella C. Davis, Chicago, Ill., for appellant.

Edward V. Hanrahan, U. S. Atty., John Peter Lulinski, John Powers Crowley, Thomas W. James, Gilbert Drucker, Asst. U. S. Attys., Chicago, Ill., for appellees.

Before DUFFY, KNOCH and KILEY, Circuit Judges.

PER CURIAM.

Plaintiff appeared in the District Court and here, pro se. She has commenced and conducted much litigation in the federal and state courts, asserting various claims of fraud, conspiracy, legal chicanery, etc. See Davis v. Foreman, 7 Cir., 239 F.2d 579; Davis v. Foreman, 7 Cir., 251 F.2d 421; Daviditis v. National Bank of Mattoon, 7 Cir., 251 F.2d 299, and Daviditis v. National Bank of Mattoon, 7 Cir., 262 F.2d 884.

In the instant case, the District Court granted defendants' motion to dismiss on the grounds of lack of jurisdiction over the subject matter, and that the complaint filed failed to state a claim upon which relief could be granted. We think the District Court was correct.

Affirmed.

**Esther Y. D'AMICO and Frank D'Amico, Her Husband, Appellants,**

v.

**Leo T. MAHON, Defendant and Third-Party Plaintiff,**

v.

**Paul James DAILY and Richard A. Neish, Jr., Third-Party Defendants.**

**No. 15187.**

United States Court of Appeals
Third Circuit.

Argued June 10, 1965.

Decided June 24, 1965.

Stephen A. Zappala, Zappala & Zappala, Pittsburgh, Pa., for appellants.

Giles J. Gaca, Pringle, Bredin, Thomson, Grigsby & Rhodes, Pittsburgh, Pa., for appellees.

Before KALODNER, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the District Court and the Judgment entered pursuant thereto, on October 27, 1964, will be affirmed.